UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 8 2008

Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. **L-08-347** |
| | § | |
| **FERRELL DAMON SCOTT** | § | |
| | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about and between January 10, 2007 to August 2, 2007, in the Southern District of Texas and within the jurisdiction of the Court, **Defendant**

**FERRELL DAMON SCOTT**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This offense involved a quantity in excess of 1,000 kilogram of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).



## COUNT TWO

On or about February 26, 2007, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**FERRELL DAMON SCOTT,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involved a quantity in excess of 100 kilogram of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about April 4, 2007, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**FERRELL DAMON SCOTT,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involved a quantity in excess of 100 kilogram of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about August 2, 2007, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**

### FERRELL DAMON SCOTT

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involved a quantity in excess of 100 kilogram of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

_____
GRACIELA R. LINDBERG
Assistant United States Attorney