UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.                                                            § | L-08-347 |
| § | |
| FERRELL DAMON SCOTT                 § | |

AMENDED INFORMATION OF PRIOR CONVICTIONS (ENHANCEMENT)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney for the Southern District of Texas and pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851, files this Information of Prior Convictions of the above-named Defendant, Ferrell Damon Scott ("Defendant").

The United States Attorney represents to the Court that Defendant has the following prior convictions and therefore is liable for the enhancement provisions of Title 21, Chapter 13, United States Code, Section 841:

On March 21, 1988, in the 194th Judicial District Court, Dallas County, Texas, Defendant was convicted of felony unlawful possession of a controlled substance, and was sentenced to 10-years probation (Case No. F87-84373-M). The judgment was entered on or about March 21, 1988. On October 13, 1989, Defendant was sentenced to 15-years confinement after violating his probation.

On March 21, 1988, in the 194th Judicial District Court, Dallas County, Texas, Defendant was convicted of felony unlawful possession of a controlled substance, and was sentenced to 10-years probation (Case No. F88-79353-M). The judgment was entered on or about March 21, 1988. On October 13, 1989, Defendant was sentenced to 15-years of confinement after violating his probation.

On March 21, 1988, in the 194th Judicial District Court, Dallas County, Texas, Defendant was

convicted of felony unlawful possession of a controlled substance, and was sentenced to 10-years probation (Case No. F87-85750-RM).  The judgment was entered on or about March 21, 1988.  On October 13, 1989, Defendant was sentenced to 15-years of confinement after violating his probation.

                                            Respectfully Submitted,

                                            DONALD J. DeGABRIELLE, JR
                                            UNITED STATES ATTORNEY

By:

                                            /s/ Sam S. Sheldon
                                            SAM S. SHELDON
                                            Assistant United States Attorney

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Information of Prior Conviction has been sent by ECF to Defendant's attorney, in Laredo, Texas, on this the 10th day of July, 2008.

                        /s/ Sam S. Sheldon
                        SAM S. SHELDON
                        Assistant United States Attorney