United States District Court
Southern District of Texas
FILED

JUL 2 3 2008  3B

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

CASE NO. __L-08-347__

United States of America

vs.

Ferrell Damon Scott
Artis Ryan Miller

JUDGE __Micaela Alvarez__

Courtroom Deputy __Angie Treviño__

Courtroom Reporter __Leticia Gomez__

JURY TRIAL

DATE __July 23, 2008__

**EXHIBIT LIST OF** The United States of America       AUSA __Sam Sheldon; Jimmy Ustynoski__

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | 2/26/07-Picture of Johnnie Brown's tractor-trailer | ✓ | Molly G7/23/08 | | ✓ 7/23/08 | | |
| 2. | 2/26/07-Picture of sleeper area of Johnnie Brown's tractor-trailer | ✓ | Molly G7/23/08 | | JUL 28 2008 | | |
| 3. | 2/26/07-Picture of sleeper area of Johnnie Brown's tractor-trailer | ✓ | | | ✓ 7/23/08 | | |
| 4. | 2/26/07-Picture of sleeper area of Johnnie Brown's tractor-trailer | ✓ | | | ✓ 7/23/08 | | |
| 5. | 2/26/07-Picture of Johnnie Brown | ✓ | | | ✓ 7/23/08 | | |
| 6. | 2/26/07-Picture of Lawanda Kelly | ✓ | | | ✓ 7/23/08 | | |
| 7. | 4/4/07-Picture of Timothy Burks' tractor | ✓ | mitchell | | ✓ 7/25/08 | | |

Page 1

**EXHIBIT LIST OF** The United States of America     **AUSA** Sam Sheldon; Jimmy Ustynoski

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 8. | 4/4/07-Picture of Timothy Burks' tractor | ✓ | | | ✓ | JUL 23 2008 | |
| 9. | 4/4/07-Picture of Timothy Burks | ✓ | | | ✓ | JUL 23 2008 | |
| 10. | 4/4/07-Picture of sleeper area in Timothy Burks' tractor | ✓ | | | ✓ | JUL 23 2008 | |
| 11. | 4/4/07-Picture of sleeper area in Timothy Burks' tractor | ✓ | | | ✓ | JUL 23 2008 | |
| 12. | 4/4/07-Picture of sleeper area in Timothy Burks' tractor | ✓ | | | ✓ | JUL 23 2008 | |
| 13. | 4/4/07-Picture of sleeper area in Timothy Burks' tractor | ✓ | | | ✓ | JUL 23 2008 | |
| 14. | 8/2/07-Picture of Artis Miller's tractor | ✓ | | | ✓ | JUL 23 2008 | |
| 15. | 8/2/07-Picture of sleeper area in Artis Miller's tractor | ✓ | Spoulvedg | | ✓ | JUL 23 2008 | |

Page 2

**EXHIBIT LIST OF** The United States of America    **AUSA** Sam Sheldon; Jimmy Ustynoski

| EXHIBIT NO. | DESCRIPTION | MARKED | OFFERED THRO | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 16. | 8/2/07-Picture of sleeper area in Artis Miller's tractor | ✓ | Sepulveda | | ✓ | JUL 23 2008 | |
| 17. | 8/2/07-Picture of sleeper area in Artis Miller's tractor | ✓ | Sepulveda | | ✓ | JUL 23 2008 | |
| 18. | 8/2/07-Picture of sleeper area in Artis Miller's tractor | ✓ | Sepulveda | | ✓ | JUL 23 2008 | |
| 19. | 8/2/07-Picture of sleeper area in Artis Miller's tractor | ✓ | Sepulveda | | ✓ | JUL 23 2008 | |
| 20. | 8/2/07-Picture of Artis Miller's tractor | ✓ | Olson | | ✓ | ✓ JUL 23 2008 | |
| 21. | 8/2/07-Picture of Artis Miller's tractor | ✓ | | | ✓ | JUL 23 2008 | |
| 22. | Picture of marijuana seized on 2/26/07 | ✓ | | | ✓ | JUL 23 2008 | |
| 23. | Picture of marijuana seized on 4/4/07 | ✓ | Madsen | | ✓ | ✓ | |
| 24. | Picture of marijuana seized on 8/2/07 | ✓ | Ford | | ✓ | 7/25/08 | |

**EXHIBIT LIST OF** The United States of America    **AUSA** Sam Sheldon; Jimmy Ustynoski

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED HERE | OBJECT | ADMITTED | DATE | DISPOSE FROM AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 25. | 2/5/07 Holiday Inn receipt | ✓ | Chavez | | ✓ 7/23/08 | JUL 23 2008 | |
| 26. | 2/5/07 Holiday Inn receipt | ✓ | Chavez | | ✓ 7/23/08 | JUL 23 2008 | |
| 27a. | 2/8/07 Holiday Inn receipt | ✓ | Chavez | | ✓ 7/23/08 | JUL 23 2008 | |
| 27b. | 2/22/07 Holiday Inn receipt | ✓ | Chavez | | ✓ 7/23/08 | JUL 23 2008 | |
| 28. | 2/25/07 Gateway Inn receipt | ✓ | Yang | | ✓ 7/23/08 | JUL 23 2008 | |
| 29. | 4/3/07 Red Roof Inn receipt | ✓ | | | ✓ | JUL 23 2008 | |
| 30. | 8/31/07 Red Roof Inn receipt | ✓ | | | ✓ | JUL 23 2008 | |
| 31. | 6/15/07 Americana Inn receipt | ✓ | | | ✓ | JUL 23 2008 | |
| 32. | 6/23/07 Americana Inn receipt | ✓ | Turoski | | ✓ 7/25/08 | JUL 25 2008 | |
| 33. | 7/29/07 La Hacienda receipt | ✓ | | | ✓ 7/25/08 | JUL 25 2008 | |
| 34. | 9/4/07 Monterey Inn receipt | ✓ | Diana mtz | | ✓ 7/28 | JUL 28 2008 | |

Page 4

**EXHIBIT LIST OF** The United States of America    **AUSA** Sam Sheldon; Jimmy Ustynoski

| Exhibit No. | Description of Item | Marked | Offered Thru | Objection | Admitted | Date | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 35. | 7/29/07 Phone print-out from La Hacienda | ✓ | | ✓ | ✓ | JUL 23 2008 | |
| 36. | Installment contract between Mitchell and Brown | ✓ | Mitchell | | ✓ | 7/25/08 | |
| 37a. | DPS information re: Scott's driver's license | ✓ | | | ✓ | JUL 23 2008 | |
| 37b. | DPS information re: Scott's ID card | ✓ | | | ✓ | JUL 23 2008 | |
| 38. | Leasing contract between Williams and Approved Leasing and Finance | ✓ | oldon | | ✓ | 7/25/08 | |
| 39. | Insurance quote of Williams tractor | ✓ | | | | | |
| 40. | Signed insurance quote by Williams | | | | | | |
| 41. | Williams' Declaration Page | ✓ | Molly Gonzalez | | ✓ | JUL 23 2008 | |
| 42. | Williams' proof of insurance | | | | | | |
| 43. | TWC re: Scott's work history | ✓ | | | ✓ | JUL 23 2008 | |

EXHIBIT LIST OF  The United States of America     AUSA   Sam Sheldon; Jimmy Ustynoski

| Exhibit No. | Description of Item | Marked | Offered by | Objection | Admit | Date | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 44. | Texas Comptroller re: Scott's business license | ✓ | | | ✓ | JUL 23 2008 | |
| 45. | Scott's Laredo residential lease | ✓ | Myer | | ✓ | JUL 23 2008 | |
| 46. | Skyler Scott's summer school record | ✓ | Myer | | ✓ | JUL 23 2008 | |
| 47. | Collection agency notes re: Miller | ✓ | Dehler | | ✓ | 7/25/08 | |
| 48. | July 2007 Miller time-sheet | ✓ | Knott | | ✓ | JUL 25 2008 | |
| 49. | August 2007 Miller time-sheet | ✓ | Knott | | ✓ | JUL 25 2008 | |
| 50. | Byron Brown untitled license plates | ✓ | ✓ Mitchell | | ✓ | 7/25/08 | |
| 51. | Millicent Williams untitled license plates | ✓ | Olson | | ✓ | ✓ | |
| 52. | Lawanda Kelly cell phone | ✓ | Kelly | | ✓ 7/23/08 | JUL 23 2008 | |
| 53. | Johnnie Brown cell phone | ✓ | ✓ | | ✓ 7/23/08 | JUL 23 2008 | |
| 54. | Artis Miller cell phone | ✓ | Knott | | ✓ | JUL 23 2008 | |

**EXHIBIT LIST OF** The United States of America    **AUSA**   Sam Sheldon; Jimmy Ustynoski

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED BY | OBJECTED | ADMITTED | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 55. | Timothy Burks cell phone | ✓ | | | ✓ | ✓ | |
| 56. | Ferrell Scott cell phone re: Georgetown stop | ✓ | Tunoski | | ✓ | ✓ | |
| 57. | Ferrell Scott cell phone re: Georgetown stop | ✓ | Tunoski | | ✓ | ✓ | |
| 58a. | Ferrell Scott firearm re: Georgetown stop | | | | | | |
| 58b. | Ferrell Scott ammo for firearm re: Georgetown stop | | | | | | |
| 59a. | Ferrell Scott firearm re: Georgetown stop | | | | | | |
| 59b. | Ferrell Scott ammo for firearm re: Georgetown stop | | | | | | |
| 60. | Ferrell Scott knife re: Georgetown stop | | | | | | |
| 61. | Ferrell Scott vehicle identification | ✓ | | | ✓ | JUL 23 2008 | |
| 62. | LPR DEA computer print-out | ✓ | | | ✓ | JUL 23 2008 | |

**EXHIBIT LIST OF** The United States of America    **AUSA** Sam Sheldon; Jimmy Ustynoski

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED FROM | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 63. | 7/31/07 Walmart money gram found during Georgetown stop | ✓ | Turnoski | | ✓ | 7/25/08 | |
| 64. | 8/3/07 Walmart money gram found during Georgetown stop | ✓ | | | ✓ | ✓ | |
| 65. | 9/4/07 Walmart money gram found during Georgetown stop | ✓ | | | ✓ | ✓ | |
| 66. | LPR DEA computer print-out | ✓ | | | ✓ | | |
| 67. | Artis Miller hotel receipt found during Georgetown stop | ✓ | Turnoski | | ✓ | ✓ | |
| 68. | Receipt with Artis Miller's cell phone number found during Georgetown stop | ✓ | Turnoski | | ✓ | ✓ | |
| 69. | News paper print-out re: Laredo drug busts found during Georgetown stop | ✓ | ✓ Turnoski | | ✓ | ✓ | |
| 70. | Oscar Rodriguez's found during Georgetown stop | ✓ | Oldson | | ✓ | 7/25/08 | |

Page 8

**EXHIBIT LIST OF** The United States of America      **AUSA** Sam Sheldon; Jimmy Ustynoski

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 71. | Ferrell Scott Georgetown jail call | ✓ | | | ✓ | ✓ | |
| 72. | Kawasaki documents re: Ferrell Scott | ✓ | Miller | | ✓ | ✓ | |
| 73. | Kawasaki documents re: Ferrell Scott | ✓ | Miller | | ✓ | ✓ | |
| 74. | 2/26/07 Drug value chart | ✓ | Ebmeier | | ✓ | 1/25/08 | |
| 75. | 4/4/07 drug value chart | ✓ | | | ✓ | | |
| 76. | 8/2/07 drug value chart | ✓ | | | ✓ | | |
| 77. | Byron Brown time-sheet | ✓ | | | ✓ | | |
| 78. | Warren Transport logo | ✓ | Moreno | | ✓ | 7/25/08 | |
| (79) | Ferrell Scott July 1987 drug conviction | | | | | | |
| (80) | Ferrell Scott August 1987 drug conviction | | | | | | |
| (81) | Ferrell Scott February 1988 drug conviction | | | | | | |

Page 9

**EXHIBIT LIST OF** The United States of America    **AUSA** Sam Sheldon; Jimmy Ustynoski

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED BY | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 82. | Artis Miller March 2007 drug conviction | ✓ | | | ✓ | / | |
| 83. | Artis Miller September 1989 conviction for evading arrest | ✓ | | | ✓ | / | |
| 84. | Artis Miller April 1988 conviction for evading arrest | ✓ | | | ✓ | / | |
| 85. | Texas DOT re: Ferrell Scott | ✓ | | | ✓ | / | |
| 86. | Cell subscriber info for 2/26/07 seizure | ✓ | | | ✓ | / | |
| 87. | Cell subscriber info and tolls for 2/26/07 seizure | ✓ | | | ✓ | / | |
| 88. | Chart of tolls for 2/26/07 seizure | ✓ | Molly Gonzalez | Obj to hearsay by almanaz | ✓ | 7/28/08 | |
| 89. | Cell subscriber info and tolls for 4/4/07 seizure | ✓ | | | ✓ | / | |
| 90. | Chart of tolls for 4/4/07 seizure | ✓ | Molly Gonzalez | Obj to hearsay by almanaz | ✓ | 7/28/08 | |
| 91. | Cell subscriber info for 8/2/07 seizure | ✓ | | | ✓ | / | |

**EXHIBIT LIST OF** The United States of America  **AUSA** Sam Sheldon; Jimmy Ustynoski

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 92. | Cell subscriber info for 8/2/07 seizure | ✓ | | | / | / | |
| 93. | Cell subscriber info for 8/2/07 seizure | ✓ | | | / | / | |
| 94. | Cell subscriber info and tolls for 8/2/07 seizure | ✓ | | | / | / | |
| 95. | Chart of tolls for 8/2/07 seizure | ✓ | molly Gonzalez will be redacted as agreed to | ✓ by almaraz, Sanchez | ✓ | JUL 28 2008 | |
| 96a. | Text messages from 8/2/07 seizure | ✓ | Molly Gonzalez | | ✓ | JUL 28 2008 | |
| 96b. | Text message chart for 8/2/07 seizure | ✓ | Molly Gonzalez | | ✓ | JUL 28 2008 | |
| 97. | Photo of Ferrell Scott Dallas Residence | ✓ | ✓ | | ✓ | 7/23/08 | |
| 98. | LPR DEA computer print-out | ✓ | | | / | / | |
| 99. | Warren Transport Paradise Printing invoice | ✓ | | | ✓ | / | |
| 100. | Photo of house | ✓ | ✓ | | ✓ | 7/23/08 | |
| 101. | Photo of house cars | ✓ | ✓ | | ✓ | 7/23/08 | |
| 102. | Photo of miller | ✓ | | | / | | |

**EXHIBIT LIST OF** The United States of America    **AUSA** Sam Sheldon; Jimmy Ustynoski

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 103. | | | | | | | |
| 104. | | | | | | | |
| 105. | | | | | | | |
| 106. | | | | | | | |
| 107. | | | | | | | |
| 108. | | | | | | | |
| 109. | | | | | | | |
| 110. | | | | | | | |
| 111. | | | | | | | |
| 112. | | | | | | | |
| 113. | | | | | | | |
| 114. | | | | | | | |
| 115. | | | | | | | |
| 116. | | | | | | | |
| 117. | | | | | | | |
| 118. | | | | | | | |